

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

State Farm Mutual Automobile
Insurance Company and Juan Enriquez,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV54819.

Vs. No. 11-21-00042-CV

\* April 23, 2021

Rosalia Lopez Mendoza,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered the motion to dismiss the petition for permission to pursue permissive appeal filed by State Farm Mutual Automobile Insurance Company and Juan Enriquez. This court concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the motion to dismiss is granted, and the petition for permission to pursue a permissive appeal is dismissed.